United States Bankruptcy Court
District of Arizona

In re: Case No. 26-10071-BKM
HOLTZMAN STAFFING LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2 User: admin Page 1 of 3
Date Rcvd: Oct 27, 2026 Form ID: 309C Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | HOLTZMAN STAFFING LLC, 1625 W UNIVERSITY DR. STE 112, TEMPE, AZ 85281-3268 |
| aty | + | STUART BRADLEY RODGERS, Nach, Rodgers, Hilkert & Santilli, 1220 E Osborn Rd, Suite 101, Phoenix, AZ 85014-5534 |
| 18334142 | + | Alex Jesus Mora, 7131 N 69th Dr., Glendale AZ 85303-2676 |
| 18334143 | + | Alvaro Lopez Ramon, 1062 E Desert Moon Trail, San Tan Valley AZ 85143-4247 |
| 18334145 | + | Ayson Holmgren, 1548 N Rowen, Mesa AZ 85207-3870 |
| 18334146 | + | Bob Colella, 10611 E Tumbleweed Ave, Mesa AZ 85212-8556 |
| 18334147 | + | Brandon Jenkins, 2852 E Dunbar Dr., Phoenix AZ 85042-6074 |
| 18334148 | + | Bryan Holtzman, 4009 E Haley Dr, San Tan Valley AZ 85143-0113 |
| 18334149 | + | Carlos Avilez, 7531 W Cherly Dr., Peoria AZ 85345-6672 |
| 18334150 | + | Darby Stubblefield, 10635 E Hampton Ave #2032, Mesa AZ 85209-4159 |
| 18334151 | + | Denis Sherbinski, 4148 W Seldon Lane, Phoenix AZ 85051-4671 |
| 18334152 | #+ | Eric Stager, 2121 W Main St Apt 3091, Mesa AZ 85201-9049 |
| 18334153 | + | Erik Ketelaar, 3620 W Hidden Mountain Lane, Phoenix AZ 85086-2784 |
| 18334154 | + | Granville Griffin, 3857 E Whitney Lane, Phoenix AZ 85032-5274 |
| 18334156 | + | Jacqueline Luna, 1837 W Campbell Ave, Phoenix AZ 85015-3844 |
| 18334157 | + | Jaryd Halldorson, 4176 E Austin Lane, San Tan Valley AZ 85140-4387 |
| 18334159 | + | Jeffrey Marks, 31531 N Shale Dr., San Tan Valley AZ 85143-6345 |
| 18334160 | + | Jennifer Holtzman, 4009 E Haley Dr., San Tan Valley AZ 85143-0113 |
| 18334161 | + | Jesus Mora, 7131 N 69th Dr., Glendale AZ 85303-2676 |
| 18334162 | | John Moore, 11394 N 114th Dr, Yuma AZ 85364 |
| 18334163 | + | Juan Gastelum, 15034 W Polk St., Goodyear AZ 85338-4120 |
| 18334164 | | Justin Harper, 1195 W Paso Court, Peoria AZ 85383 |
| 18334165 | + | Lorenzo Hernandez Perez, 1062 E Desert Moon Trail, San Tan Valley AZ 85143-4247 |
| 18334166 | + | Luis Mercado, 2823 W Pecan Rd, Phoenix AZ 85041-4424 |
| 18334168 | + | Mathew Mercado Perez, 2823 W Pecan Rd., Phoenix AZ 85041-4424 |
| 18334169 | + | Melanie Cain, 1842 E Julie Dr., Tempe AZ 85283-3210 |
| 18334170 | + | Orlando Tirado, 16420 N 31st Ave, Phoenix AZ 85053-3011 |
| 18334171 | + | Pete Limon, 7840 S Jentilly Lane, Tempe AZ 85284-1563 |
| 18334172 | + | Resource Edge, 1500 E Bethany Home Rd. Ste 200, Phoenix AZ 85014-2449 |
| 18334173 | #+ | Rex Peterson, 602 E Lodge Dr., Tempe AZ 85283-3762 |
| 18334175 | + | Roberto Mendez, 6037 S 5th Ave, Phoenix AZ 85041-5749 |
| 18334176 | + | Ryan Waters, 16844 N 38th Dr., Phoenix AZ 85053-2800 |
| 18334177 | + | Sergey Istomin, 2950 N Recker Rd. Apt 1054, Mesa AZ 85215-2208 |
| 18334178 | + | Taylor Harper, 20973 N 96th Dr., Peoria AZ 85382-5155 |
| 18334179 | + | Walter Sarkisi, 7401 W Arrowhead Clubhouse Dr. #1045, Glendale AZ 85308-8811 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jes@udallshumway.com | Oct 27 2026 18:53:00 | JOEL E. SANNES, UDALL SHUMWAY, 1138 N |

| | | | | |
|---|---|---|---|---|
| | | | | ALMA SCHOOL RD, SUITE 101, MESA, AZ 85201 |
| tr | + | EDI: QBJMULLEN.COM | Oct 27 2026 22:52:00 | BRIAN J. MULLEN, PO BOX 32247, PHOENIX, AZ 85064-2247 |
| tr | + | EDI: QEHALEY.COM | Oct 27 2026 22:52:00 | ERIC M. HALEY, PO BOX 13390, SCOTTSDALE, AZ 85267-3390 |
| smg | | EDI: AZDEPREV.COM | Oct 27 2026 22:52:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 18334144 | + | EDI: AZDEPREV.COM | Oct 27 2026 22:52:00 | Arizona Department of Revenue, 1600 W Monroe St., Phoenix AZ 85007-2650 |
| 18334155 | | EDI: IRS.COM | Oct 27 2026 22:52:00 | Interna Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| tr | | Eric M. Haley, Chapter 7 Trustee |
| 18334158 | ##+ | Jayden Hall, 1037 E Alice Ave, Phoenix AZ 85020-3212 |
| 18334167 | ##+ | Maciej Buslowski, 1325 N Malibu Lane, Gilbert AZ 85234-8521 |
| 18334174 | ##+ | Rick Hall, 1037 E Alice Ave, Phoenix AZ 85020-3212 |

TOTAL: 1 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| BRIAN J. MULLEN | bmullen@ecf.axosfs.com |
| ERIC M. HALEY | trustee@haley-law.com emhaley@ecf.axosfs.com |
| JOEL E. SANNES | on behalf of Debtor HOLTZMAN STAFFING LLC jes@udallshumway.com docket@udallshumway.com |
| STUART BRADLEY RODGERS | on behalf of Trustee Eric M. Haley Stuart.Rodgers@NRHSLaw.com danica.acosta@nrhslaw.com,becca.casteel@nrhslaw.com,docket@NRHSLaw.com |
| STUART BRADLEY RODGERS | on behalf of Trustee BRIAN J. MULLEN Stuart.Rodgers@NRHSLaw.com |

danica.acosta@nrhslaw.com,becca.casteel@nrhslaw.com,docket@NRHSLaw.com

U.S. TRUSTEE

USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 6

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor | HOLTZMAN STAFFING LLC<br>Name | EIN: | 81–2536011 |
| United States Bankruptcy Court | District of Arizona | Date case filed for chapter: | 7 10/2/26 |
| Case number: | 2:26–bk–10071–BKM | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | HOLTZMAN STAFFING LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 1625 W UNIVERSITY DR. STE 112<br>TEMPE, AZ 85281 | |
| **4. Debtor's attorney**<br>Name and address | JOEL E. SANNES<br>UDALL SHUMWAY<br>1138 N ALMA SCHOOL RD<br>SUITE 101<br>MESA, AZ 85201 | Contact phone 4804615300<br>Email: jes@udallshumway.com |
| **5. Bankruptcy trustee**<br>Name and address | ERIC M. HALEY<br>PO BOX 13390<br>SCOTTSDALE, AZ 85267 | Contact phone 602–218–5136<br>Email: trustee@haley–law.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona**<br>**230 North First Avenue, Suite 101**<br>**Phoenix, AZ 85003–1727** | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 10/9/26 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 9, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 906 123 7055, and Passcode 0641314055, OR call 1–602–675–9978** |
| **For additional meeting information go to https://www.justice.gov/ust/moc** | | |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |